# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| KARA TEGGERDINE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPEEDWAY LLC and WORLDPAY US, INC.,<br><br>　　　　Defendants. | Case No. 8:16-cv-03280-JDW-TGW |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff, Kara Teggerdine, and Defendants, Speedway LLC, and Worldpay US, Inc., that this Court dismiss all claims against Defendants, Speedway LLC, and Worldpay US, Inc., with prejudice. Each party shall bear her/its own fees and costs.

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 10th day of July, 2018.

Respectfully submitted,

| *Attorneys for Plaintiff and the Putative Class* | *Attorneys for Defendant* |
|---|---|
| By: /s/ *John A. Yanchunis*<br>John A. Yanchunis<br>Florida Bar No. 324681<br>Marcio W. Valladares<br>Florida Bar No. 986917<br>Patrick A. Barthle II<br>Florida Bar No. 99286<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>jyanchunis@forthepeople.com<br>mvalladares@forthepeople.com<br>pbarthle@forthepeople.com<br><br>Jean Sutton Martin<br>**LAW OFFICE OF JEAN SUTTON MARTIN PLLC**<br>2018 Eastwood Road Suite 225<br>Wilmington, NC 28403<br>Telephone (910) 292-6676<br>Facsimile (888) 316-3489<br>jean@jsmlawoffice.com | By: s/ *Edward A. Marshall*<br>Edward A. Marshall<br>Theresa Y. Kananen<br>**ARNALL GOLDEN GREGORY LLP**<br>171 17th St. NW, Suite 2100<br>Atlanta, Georgia 30363-1031<br>Telephone: (404) 873-8500<br>Facsimile: (404) 873-8501<br>edward.marshall@agg.com<br>theresa.kananen@agg.com<br><br>Daniel B. Rogers (FBN 195634)<br>Jennifer A. McLoone (FBN 29234)<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131 4332<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br>drogers@shb.com<br>jmcloone@shb.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2018, the foregoing was electronically filed with the Clerk of the United States District Court for the Middle District of Florida using the Court's CM/ECF system, which will send electronic notification and electronic copies of such filing to all counsel of record.

    /s/ *John A. Yanchunis*
John A. Yanchunis