# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KARA TEGGERDINE,**

    **Plaintiff,**

v.                                                          Case No: 8:16-CV-3280-T-27TGW

**SPEEDWAY, LLC and WORLDPAY US, INC.,**

    **Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the Stipulation of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. 119). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 11th day of July, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record